ACCEPTED
12-15-00078-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/24/2015 3:28:06 PM
CATHY LUSK
CLERK

## NO.   12-15-00078-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | |
| **VS.** | § | **12th COURT** | 8/24/2015 3:28:06 PM |
| | § | | CATHY S. LUSK |
| | § | | Clerk |
| **BRANDON PAUL COUCH** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Brandon Paul Couch, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 354th Judicial District Court of Rains County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. Brandon Paul Couch</u>, and numbered 5354.

3.      Appellant was convicted of Murder.

4.      Appellant was assessed a sentence of 40 years on March 26, 2015.

5.      Notice of appeal was given on Murder.

6.      The reporter's record was filed on May 25, 2014.

7.      The appellate brief is presently due on August 24, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. September 24, 2015.

9. Two extensions to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

A. Appellant's case raises several areas of appellate consideration many of which are quite complex.

B. This is a Murder case that involves a severe sentence and all appellate issues should be given sufficient consideration and time to be developed and properly briefed on appeal.

C. Although Appellant's attorney has spent considerable time thus far, he need additional time to properly prepare Appellant's Brief.

D. Appellant's attorney has spent extensive time in court appearing in the following courts on the following dates and cases:

1. 8th Judicial District Court of Hopkins County:

a. 07/31/15  State of Texas v. Justan Stubblefield , Cause No. 1424389

b. 07/31/15 State of Texas v. Robert Dyer, Cause No. 1424287

c. 07/31/15 State of Texas v. Eric Holley, Cause No. 1542446

d. 07/31/15 State of Texas v. Jonathan Smith, Cause No.

e. 07/31/15 State of Texas v. Michael Smith, Cause No. 1524664

f. 07/31/15 State of Texas v. Tranameth Ford, Cause No. 1524632

g. 07/31/15 State of Texas v. Trederrion Stephens, Cause No. 1323070-1423992-1423989-1423990-1423991

h. 08/13/15 State of Texas v. Troy Ivery, Cause No. 1524643

i. 08/19/15 State of Texas v. Robert Dyer, Cause No. 1424287

j. 08/19/15 State of Texas v. Eric Holley, Cause No. 1542446

k. 08/19/15 State of Texas v. Justan Stubblefiled, Cause No. 1424389

l. 08/19/15 State of Texas v. Trederrion Stephens, Cause No. 1323070-1423992-1423989-1423990-1423991;

2. 8th Judicial District Court of Franklin County:

    a. 08/07/15 State of Texas v. Kimberly Otis, Cause No. 8870

    b. 08/07/15 State of Texas v. Kristina Jimenez

    c. 08/07/15 State of Texas v. James Crawford, Cause No. F-8909

    d. 08/07/15 State of Texas v. Chance Seabolt, Cause No. F-8790

    e. 08/21/15 State of Texas v. Kimberly Otis, Cause No. 8870

    f. 08/21/15 State of Texas v. Kevin Moree

    g. 08/21/15 State of Texas v. Kristina Jimenez;

3. 8th Judicial District Court of Delta County:

    a. 08/14/15 State of Texas v. Britney Jester, Cause No. 7431

    b. 08/14/15 State of Texas v. Roy Wilson

    c. 08/14/15 State of Texas v. Brandon Flannery, Cause No. 7407;

4. Rains County District Court

    a. 08/06/15 State of Texas v. Robert Miller, Cause No. 7181

    b.  08/06/15 State of Texas v. K.C. White

5.  Hopkins County Court at Law

    a.  08/13/15 State of Texas v. Arnaud Crouzet

6.  Wood County Court

    a.  08/20/15 State of Texas v. Thomas Mays

    b.  08/20/15 State of Texas v. Terry Dempsey

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, Texas 75482
Tel: (903) 885-2040
Fax: (903) 500-2704

By: /s/ Martin Braddy
   Martin Braddy
   State Bar No. 00796240
   martin.braddy@verizon.net
   Attorney for Brandon Paul Couch

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on August 24, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Rains

County, by electronic service through the Electronic Filing Manager.


                         /s/ Martin Braddy
                         Martin Braddy